IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL JOE GREEN,** | * |
| **JOHNNY BROWN and** | * |
| **ALETHA JOHNSON** | * |
| **PLAINTIFFS,** | * |
| **VS.** | *   2:07-cv-92-WKW-CSC |
| **CITY OF MONTGOMERY, a municipal corporation,** | |
| **J.J. ALLEN, individually and officially and** | * |
| **HENRY DAVIS, individually and officially** | * |
| **DEFENDANTS.** | * |

## AMENDED COMPLAINT

Now come the plaintiffs, by and through the undersigned pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, hereby amend their complaint. Plaintiffs incorporate by reference their initial complaint subject to the following changes.

1. Plaintiffs withdraw their aversion of a violation of the due process clause of the Fourteenth Amendment to the Constitution of the United States of America.

2. Plaintiffs aver a violation of due process under Article One Section 13 as well as Article One Section 6 of the Constitution of the State of Alabama, 1901, as amended.

3. Plaintiffs aver that the defendants, jointly and severally, illegally converted the property of the plaintiffs, without just cause.

        Respectfully Submitted,

        /s/ Joe M. Reed
        Joe M. Reed
        Attorney for Plaintiffs

## Certificate of Service

I hereby certify that the foregoing was served by the United States District Court Clerk via electronic notification to the honorable Michael Boyle, Legal Department of the City of Montgomery, P.O. Box 1111, Montgomery, Alabama, 36101.

        /s/ Joe M. Reed
        Joe M. Reed