IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL JOE GREEN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:07-cv-92-WKW |
| ) | |
| CITY OF MONTGOMERY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon consideration of the Plaintiff's Motion to Remand to State Court (Doc. #3) filed on February 5, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on March 7, 2007.

It is further ORDERED that the Defendant file a response which shall include a brief and any evidentiary materials on or before February 28, 2007. The Plaintiff may file a reply brief on or before March 7, 2007.

**Briefs in support of or in opposition to any motion or application to the Court should not exceed 25 pages. In all cases in which briefs exceed 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to primary authority made in each section, and the pages on which each section and any sub-sections may be found.**

**The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. The paper courtesy copy shall be bound in a three-ring binder and tabbed for those submissions (including briefs and evidentiary materials) that exceed 25 pages**

DONE this the 7th day of February, 2007.

                                        /s/   W.  Keith Watkins
                              UNITED STATES DISTRICT JUDGE